# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVID E. LEWIS**                                                                               **PETITIONER**

**VS.**                    **CASE NO.: 5:14CV00367 BD**

**LARRY NORRIS, Interim Director,**
**Arkansas Department of Correction**                                            **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Petitioner David E. Lewis's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED, with prejudice.

DATED this 29th day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE